# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS ARCE, et al., <br><br> Plaintiffs, <br> vs. <br> LVNV FUNDING, LLC, et al., <br><br> Defendants. | CASE NO. 15cv2111-LAB (WVG) <br><br> **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Through this lawsuit, Francis Arce and Martin Matanane accuse LVNV Funding, LLC and Resurgent Capital Services, LP of violating the Racketeer Influenced and Corrupt Organizations Act (RICO) and the Fair Debt Collection Practices Act (FDCPA) by filing time-barred proofs of claim in chapter 13 bankruptcy cases. But allowing FDCPA and RICO claims based on an alleged violation of the Bankruptcy Code "would circumvent the remedial scheme of the Code under which Congress struck a balance between the interests of debtors and creditors. . . ." *Walls v. Wells Fargo Bank, NA*, 276 F.3d 502, 510 (9th Cir. 2002); *see also Walls v. Wells Fargo Bank, NA*, 255 B.R. 38, 47 (E.D. Cal. 2000) (applying the same reasoning to RICO claim); *Torres v. Asset Acceptance, LLC*, 96 F. Supp. 3d 541, 549 (E.D. Pa. 2015) ("[F]iling a time-barred proof of claim in bankruptcy court cannot form the basis for an FDCPA claim." (internal quotation marks omitted)). Indeed, allowing such claims "solely because a creditor filed a proof of claim may skew the incentive structure of

the [Bankruptcy] Code and its remedial scheme and could discourage creditors from filing a claim." *In re Chaussee*, 399 B.R. 225, 233 (B.A.P. 9th Cir. 2008).  Thus, Defendants' motion to dismiss (Docket no. 11) is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.[1]

**IT IS SO ORDERED**.

DATED:  April 11, 2016

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] Defendants also argue that Plaintiffs failed to adequately allege a RICO claim and that all their claims are barred by the Noerr-Pennington doctrine. Because the court finds Plaintiffs' exclusive remedy for these alleged violations lies in the Bankruptcy Code, the court need not address these additional arguments.