

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francis Arce and Martin J. Matanane; for themselves and all those similarly situated,<br><br>**Plaintiff,**<br>V.<br><br>LVNV Funding, LLC and Resurgent Capital Services, LLP<br><br>**Defendant.** | Civil Action No.  15CV2111-LAB-WVG<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss is granted and Plaintiff's claims are dismissed with prejudice.

| | |
|---|---|
| **Date:**  4/12/16 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D. Sutton<br>D. Sutton, Deputy |